B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## Northern     District of _____ Illinois _____

In re: Tracey Ray _____                            Case No. _____ 11 B 43224 _____
        Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

[  ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the
   bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ _74.75_____ on or before November 22, 2011

   $ _74.75_____ on or before December 22, 2011

   $ _74.75_____ on or before January 23, 2012

   $ _74.75_____ on or before February 22, 2012

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
   additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
   INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[  ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
   on _____ at _____ :     at _____.
                                                   (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
   DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
   DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

                                          BY THE COURT:

DATE: November 8, 2011                    _____
                                          United States Bankruptcy Judge